■ CARMEN L. ALBANO, as Guardian ad Litem of VINCENT L. ALBANO, an Infant, et al., Respondents, v. DOROTHY NORTHRUP, Appellant.— In an action to recover damages for injuries to person and property, the defendant appeals from an order of the City Court of Mount Vernon, dated March 30, 1960, granting plaintiff's motion for summary judgment striking out the

answer and ordering an assessment of damages. Order reversed, with $10 costs and disbursements, and motion denied. In our opinion, the record presents issues of fact which should be resolved after trial. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.